808

No. 1127.   Amaya et al. *v.* Stanolind Oil & Gas Co. et al.   April 14, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Lewis B. Perkins* for petitioners.   *Charles D. Turner, Frank M. Kemp* and *B. D. Tarlton* for respondents. ■

No. 1181.   Pauling *v.* Pauling.   April 14, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *L. A. Stebbins* and *Frederick H. Stinchfield* for petitioner.   *William L. Prosser* for respondent.

Nos. 1200, 1201, 1202, 1203, 1204 and 1205.   Worcester et al. *v.* Chicago Transit Authority et al.   April 14, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Clyde E. Shorey* for petitioners.   *Werner W. Schroeder* for the Chicago Transit Authority, and *Tappan Gregory, Henry F. Tenney* and *J. Arthur Miller* for the Bondholders Committees, respondents.

No. 999.   Durrett *v.* United States.   April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1013.   Hasson *v.* United States.   April 14, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Ira Chase Koehne* for petitioner.   *Acting Solicitor General*

*Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1118. LANE *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the County Court of Oneida County, New York, denied.

No. 1125. SLATER *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 1132. MARTIN *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the County Court of Rockland County, New York, denied.

No. 1145. BORDELEAU *v.* NEW YORK. April 14, 1947. Petition for writ of certiorari to the Court of General Sessions of the City and County of New York, New York, denied.

No. 1171. ROSS *v.* NIERSTHEIMER, WARDEN. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois; and

No. 1192. POPPE *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois. April 14, 1947. Denied.

No. 1223. CHELTENHAM & ABINGTON SEWERAGE CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION; and